# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-2049

_____

David C. Salley

*Plaintiff - Appellant*

v.

Corizon Health Services; Ashok Kumar Chada, Dr.; A. Renee Todaro, Medical Director; Kathy Barton, Director of Nursing; Stormi Moeller, Corizon Employee; J. Cofield, Director of Operations; T. Bredeman, Regional Medical Director

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: April 6, 2020
Filed: April 9, 2020
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, Missouri inmate David C. Salley appeals following the district court's[1] denial of his motion for summary judgment, and grant of defendants' cross-motion for summary judgment. Construing the record in a light most favorable to Salley, and drawing all reasonable inferences in his favor, see Brewington v. Keener, 902 F.3d 796, 800 (8th Cir. 2018) (de novo review), we find no error in the grant of summary judgment to defendants. The judgment is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Brian C. Wimes, United States District Judge for the Western District of Missouri.